**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Lee Jennings, | ) | No. CV 07-0212-PHX-JAT |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Arizona Department of Corrections; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

On January 11, 2008, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. #33) recommending that Defendant Brand be dismissed because Plaintiff failed to timely serve said Defendant.

No party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #33) is **ACCEPTED**; and

1     **IT IS FURTHER ORDERED** that Defendant Brand is dismissed, without prejudice,

2  for failure to serve.

3     DATED this 6th day of February, 2008.

4

5

6                          James A. Teilborg

7                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28